# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kristie Farnham, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>Caribou Coffee Company, Inc.,<br><br>      Defendant. | Civil No. 16-CV-295<br><br><br><br>**NOTICE OF APPEARANCE** |

  The undersigned hereby notifies the Court and counsel that Mary Andreleita (Leita) Walker shall appear as counsel of record for Defendant, Caribou Coffee Company, Inc., in this case.

Dated:  May 25, 2016
                **FAEGRE BAKER DANIELS LLP**

                By: */s/ Leita Walker*
                   Leita Walker (MN #0387095)
                   2200 Wells Fargo Center
                   90 South Seventh Street
                   Minneapolis, MN 55402
                   Telephone:  (612) 766-7000
                   Fax:  (612) 766-1600
                   leita.walker@FaegreBD.com


                   Attorneys for Defendant, Caribou Coffee Company, Inc.

US.106381618.02