# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

KRISTIE FARNHAM, on behalf of herself and all others similarly situated,

      Plaintiff,

v.

CARIBOU COFFEE COMPANY, INC.,

      Defendant.

CASE NO. 16-CV-00295-wmc

## NOTICE OF SETTLEMENT

Plaintiff Kristie Farnham and Defendant Caribou Coffee Company, Inc. hereby give notice to the Court that the parties have reached a proposed settlement in this case. The parties are in the process of drafting a settlement agreement and preparing related settlement materials. The parties respectfully request that the Court stay all pretrial and class certification-related deadlines and provide the parties until June 12, 2017 to file the proposed settlement documents.

Dated: April 17, 2017

Respectfully submitted,

By: /s/ Erin Hoffman
Erin Hoffman
Erin.Hoffman @FaegreBD.com
Leita Walker
Leita.Walker@FaegreBD.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

*Counsel for Defendant*

By: /s/ Frank S. Hedin
Frank S. Hedin
fhedin@careyrodriguez.com
David P. Milian
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Counsel for Plaintiff and the Putative Class*