Angela Guidarelli
5571 Cloverdale Dr.
Galena, OH 43021
Cell Phone: (585) 613-6086

United States District Court
for the Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

October 12, 2017

Re: *Kristie Farnham, on behalf of herself and all others similarly situated v. Caribou Coffee Company, Inc.* **Case No. 16-CV-00295-WMC**

Dear Sir or Madam,

As a Class Member, I OBJECT to the Settlement in *Kristie Farnham, on behalf of herself and all others similarly situated v. Caribou Coffee Company, Inc.* Case No. 16-CV-00295-WMC.

I find the proposed Settlement as I understand it:

- The Defendant to pay $8,500,000.00 to create the Settlement Fund for the benefit of Settlement Class Members to pay all Settlement costs;
- A Cash Award to each Settlement Class Member who timely submits a Valid Claim; and
- The discontinuation of the Defendant's text marketing program as of the date of the Preliminary Approval Order

to be unnecessary and unreasonable given the Defendant's alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The court should refuse to approve the settlement for the following reasons:

- I believe that the Defendant was very clear with the communication regarding the text message marketing program and that it was easy to understand that by signing up for the rewards, text messages to my mobile phone would be expected.
- As a Caribou Coffee customer, I consented to receive text messages regarding promotions from or on behalf Caribou Coffee Company, Inc. I understood I was consenting to receive said text messages when I signed up for their rewards program.
- The proposed settlement has required the Defendant to discontinue the text marketing program, which is an inconvenience and a great disadvantage to those who opted in to the program and wish to receive the text messages from Caribou Coffee Company, Inc.

**Conclusion**

The court should deny final approval of the settlement.

Please note that I do not intend to appear at the Fairness Hearing. My signed objection is appended hereto.

Signed: *Angela Guidarelli*

Angela Guidarelli
5571 Cloverdale Dr.
Galena, OH 43021
Cell Phone: (585) 613-6086

United States District Court
for the Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

October 12, 2017

**Re:** *Kristie Farnham, on behalf of herself and all others similarly situated v. Caribou Coffee Company, Inc.* **Case No. 16-CV-00295-WMC**

I, Angela Guidarelli, certify that I believe that I am a member of this class, that I received a post card notice of class settlement, and that I object to the settlement for the reasons set forth in the letter-objection.

Under penalty of perjury, I claim that I have received one or more text messages sent by or on behalf of Caribou Coffee Company, Inc., between May 5, 2012, and July 28, 2017. My cell phone, (585) 613-6086, received text messages sent by or on behalf of Caribou Coffee Company, Inc., between May 2016 and August 9, 2016.

I certify that all other factual statements made in the objection are true.

DATE: 10/12/17                                    *Angela Guidarelli*
                                                  Angela Guidarelli