IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTIE FARNHAM, on behalf of herself
and all others similarly situated,

Plaintiff(s)

Case No. 16-CV-00295-wmc

CARIBOU COFFEE COMPANY, INC.

Defendant(s)

## MOTION TO APPEAR *PRO HAC VICE*

ERIC STEWART of HUSEMAN & STEWART, PLLC
Attorney          Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Texas.

Jurisdiction

Dated this 3rd Day of November , 20 17

s/ ERIC STEWART

Name   Eric Stewart

Firm   Huseman & Stewart, PLLC

Address 615 N. Upper Broadway, Suite 2000

City   Corpus Christi          State TX   Zip 78401

E-Mail  estewart@husemanstewart.com

Phone  361-883-3563