From:     Susan <dlopez@classactionsettlementguide.com>
Sent:     Monday, October 2, 2017 7:53 PM
To:  akerwin24@gmail.com; Chris Bandas; Robert Clore
Subject:  Caribou lead

From: Susan Stradtmann
Phone: 6512082397
Email:<susanstradtmann@gmail.com>
Subject: [your-subject]
Did you receive a Class Notice?: yes
Did you receive a text message by or on behalf of Caribou Coffee Company, Inc. between May 5, 2012 and July 28, 2017?:Yes Message Body:
972705712909

--
This e-mail was sent from a contact form on classactionsettlementguide.com.

