From:     Robert Clore
Sent:     Tuesday, October 3, 2017 9:49 AM
To:       'susanstradtmann@gmail.com'
Subject:  Caribou Coffee Settlement
Attachments: Objector Agreement - Susan Stradtmann.pdf

Susan,

Attached is a proposed representation agreement for your review. If you are interested in objecting to the settlement, here is what we would need to do before next Friday, October 13th.

1) Email me a copy of the notice you received (front and back).
2) Sign the representation agreement, and then scan and email it back.
3) Go on to the settlement website and complete a claim form at
https://www.cariboutcpasettlement.com/Request
4) When you have completed the claim, print out or save a copy of the confirmation page showing you completed it, and then email me a copy of that page.
5) After we draft the proposed objection, you review it, make sure you are okay with it, and then sign, scan, and email it back.
6) Review, sign and scan the declaration (which I will draft) that talks about the fact that you are a member of the class.

After all of that happens, we file the objection and declaration, and we go from there. Like I said, hopefully the result is we get an improved settlement. Please feel free to email me or call me if you have any questions. The quickest way to get me is on my cell at 361-558-3527. Thanks,

Robert W. Clore
BANDAS LAW FIRM, P.C
500 N. Shoreline Blvd., Ste. 1020
Corpus Christi, Texas 78401-0353
Telephone: (361) 698-5200
Facsimile: (361) 698-5222
rclore@bandaslawfirm.com



EXHIBIT
Stradtmann 7
11/10/17  cc