# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KRISTIE FARNHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU COFFEE COMPANY, INC.<br><br>Defendant. | Case No. 16-CV-00295-wmc |

## OBJECTOR SUSAN STRADTMANN'S NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Susan Stradtmann appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion finally approving the settlement and awarding attorneys' fees to Class Counsel (Doc. No. 105) entered in this action on December 15, 2017, and from the Order approving the settlement (which expressly reserved ruling on attorneys' fees), (Doc. No. 98) entered in this action on November 27, 2017, and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving class counsel's attorneys' fees or expenses, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated at Milwaukee, Wisconsin this __9th day of January, 2018.

                              **MILLER & OGORCHOCK, S.C.**
                              Attorneys for Objecting Class Member, Susan Stradtmann

By:       s/ Thomas Ogorchock
            Thomas Ogorchock
            Bar No. 1016563
            Patrick C. Miller
            Bar No. 1016563
            Attorneys for Objecting Class Member Susan Stradtmann
            Miller & Ogorchock, S.C.
            740 North Plankinton Avenue
            Suite 310
            Milwaukee, Wisconsin 53203
            Telephone: (414) 272-4100
            Direct Dial: (414) 935-4992
            Fax: (414) 272-4777
            Email: tom@miller-ogorchock.com, pat@miller-ogorchock.com

## Certificate of Service

I hereby certify that today, January  9th , 2018, I filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

s/ Thomas Ogorchock