# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

KRISTIE FARNHAM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

CARIBOU COFFEE COMPANY, INC.,

    Defendant.

CASE NO. 16-CV-00295-wmc

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE (ECF NO. 109)

Plaintiff and Class Representative Kristie Farnham hereby withdraws her motion to strike the notice of appeal filed by objector Susan Stradtmann (ECF No. 109). On February 20, 2018, Ms. Stradtmann filed an agreed motion for voluntary dismissal of her appeal pursuant to Fed. R. App. P. 42(b) in the U.S. Court of Appeals for the Seventh Circuit.

Dated: February 21, 2018

Respectfully submitted,

By: /s/ Frank S. Hedin

Frank S. Hedin
Florida Bar No. 109698
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Class Counsel*